| FORM B1 | **United States Bankruptcy Court**<br>**District of Nevada** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Huffer, Jason D | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>  XXX-XX-5245 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  940 Sweetwater Ln #404<br>  Boca Raton FL  33431 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Washoe | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)<br>☐ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business      ☐ Business | | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | $0 to $50,000 ☑ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtors: **Jason D Huffer** | Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X  /s/ Jason D. Huffer<br>Signature of Debtor | X  **Not Applicable**<br>Signature of Authorized Individual |
| X  **Not Applicable**<br>Signature of Joint Debtor | Print or Type Name of Authorized Individual |
| Telephone Number (If not represented by attorney) | Title of Authorized Individual |
| 10/9/05<br>Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  /s/ David K. Winter<br>Signature of Attorney for Debtor(s) | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| ,<br>Printed Name of Attorney for Debtor(s) / Bar No. | **Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer |
| **David K. Winter, Esq., NSB #4529**<br>Firm Name | Social Security Number |
| **P.O. Box 12397  Zephyr Cove, NV  89448-4397**<br>Address | Address |
| Telephone Number | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| Date | |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X  **Not Applicable**<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |
|---|---|
| **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X  /s/ David K. Winter           10/9/05<br>Signature of Attorney for Debtor(s)           Date | |

JASON D. HUFFER                                              CREDITOR LIST
940 SWEETWATER LN #404
BOCA RATON, FL  33431

DAVID K. WINTER, ESQ.
P.O. BOX 12397
ZEPHYR COVE, NV  89448

BUDGET TRUCK RENTAL
P.O. BOX 19120
LAS VEGAS, NV 89132

PROGRESSIVE PHYSICAL THERAPY
1140 ALMOND TREE LN STE 306
LAS VEGAS, NV 89104

SOUTHWEST CREDIT
5190 PLANO, TX 75093
PLANO, TX 75093

SILVER STATE SCHOOLS
FEDERAL CREDIT UNION
P.O. BOX 12037
LAS VEGAS, NV 89112

COR HEALTHCARE MEDICAL ASSOC.
2340 PLAZA DEL AMO DR STE 115
TORRANCE, CA 90501

U-HAUL INTERNATIONAL
P.O. BOX 21501
PHOENIX, AZ 85036

CLARK COUNTY COLLECTION SERVICE
6124 W. SAHARA AVE
LAS VEGAS, NV 89146

I.C. SYSTEM, INC.
P.O. BOX 64437
ST. PAUL, MN 55164

SOUTHWEST CREDIT SYSTEMS, INC.
P.O. BOX 115151
CARROLLTON, TX 75011

CERTEGY PAYMENT
RECOVERY SVCS., INC
P.O. BOX 038997
TUSCALOOSA, AL 35403

SAFEWAY
P.O. BOX 29329
PHOENIX, AZ 85038

LENAHAN LAW OFFICE
P.O. BOX 990
BUFFALO, NY 14207


**CREDITOR LIST**                                            **PAGE 1 of 2**

SOUTHWEST GAS CORP.
P.O. BOX 98512
LAS VEGAS, NV 89193

NEVADA POWER
P.O. BOX 30086
RENO, NV 89520

CMRE FINANCIAL SERV. INC.
3075 E IMPERIAL HWY STE 200
BREA, CA 92821-6753

J.W. HUTTON, INC.
P.O. BOX 257
ST. CHARLES, IA 50240

JACOBS AND MODABER, MD'S LTD.
P.O. BOX 379016
LAS VEGAS, NV 89137

SAN PEDRO PATHOLOGY
MEDICAL GROUP
P.O. BOX 6388
SAN PEDRO, CA 90734

LEXON MEDICAL
2300 CORPORATE CR STE 190
HENDERSON, NV 89074

NCO HEALTHCARE SERVICES
P.O. BOX 98604
LAS VEGAS, NV 89193

PBS ANESTHESIA
2635 BOX CANYON DR.
LAS VEGAS, NV 89128

SCOTT SIBLEY
930 S. 4TH ST., #100
LAS VEGAS, NV 89101

GERMAN MOTORS, LLC
3379 INDUSTRIAL RD
LAS VEGAS, NV 89109

INTERNAL REVENUE SERVICE
P.O. BOX 480
HOLSVILLE, NY 11742

GENTILE DEPALMA LTD.
3960 HOWARD HUGHES PKWY STE 850
LAS VEGAS, NV 89109

DEPT EMPLOYMENT, TRAINING &
REHAB., CONTRIBUTIONS SECTION
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV  89713-0030

**CREDITOR LIST**                                                    **PAGE 2 of 2**

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re: **Jason D Huffer**
**XXX-XX-5245**

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **0** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 10/9/05

Signed: /s/ Jason D Huffer
**Jason D Huffer**

Signed: /s/ David K. Winter, NSB #4529
Bar No.

```
JASON D. HUFFER                                MAILING MATRIX
940 SWEETWATER LN #404
BOCA RATON, FL  33431

DAVID K. WINTER, ESQ.
P.O. Box 12397
Zephyr Cove, NV  89448

BUDGET TRUCK RENTAL
P.O. BOX 19120
LAS VEGAS, NV 89132

PROGRESSIVE PHYSICAL THERAPY
1140 ALMOND TREE LN STE 306
LAS VEGAS, NV 89104

SOUTHWEST CREDIT
5190 PLANO, TX 75093
PLANO, TX 75093

SILVER STATE SCHOOLS
FEDERAL CREDIT UNION
P.O. BOX 12037
LAS VEGAS, NV 89112

COR HEALTHCARE MEDICAL ASSOC.
2340 PLAZA DEL AMO DR STE 115
TORRANCE, CA 90501

U-HAUL INTERNATIONAL
P.O. BOX 21501
PHOENIX, AZ 85036

CLARK COUNTY COLLECTION SERVICE
6124 W. SAHARA AVE
LAS VEGAS, NV 89146

I.C. SYSTEM, INC.
P.O. BOX 64437
ST. PAUL, MN 55164

SOUTHWEST CREDIT SYSTEMS, INC.
P.O. BOX 115151
CARROLLTON, TX 75011

CERTEGY PAYMENT
RECOVERY SVCS., INC
P.O. BOX 038997
TUSCALOOSA, AL 35403

SAFEWAY
P.O. BOX 29329
PHOENIX, AZ 85038

LENAHAN LAW OFFICE
P.O. BOX 990
BUFFALO, NY 14207
```

```
SOUTHWEST GAS CORP.
P.O. BOX 98512
LAS VEGAS, NV 89193

NEVADA POWER
P.O. BOX 30086
RENO, NV 89520

CMRE FINANCIAL SERV. INC.
3075 E IMPERIAL HWY STE 200
BREA, CA 92821-6753

J.W. HUTTON, INC.
P.O. BOX 257
ST. CHARLES, IA 50240

JACOBS AND MODABER, MD'S LTD.
P.O. BOX 379016
LAS VEGAS, NV 89137

SAN PEDRO PATHOLOGY
MEDICAL GROUP
P.O. BOX 6388
SAN PEDRO, CA 90734

LEXON MEDICAL
2300 CORPORATE CR STE 190
HENDERSON, NV 89074

NCO HEALTHCARE SERVICES
P.O. BOX 98604
LAS VEGAS, NV 89193

PBS ANESTHESIA
2635 BOX CANYON DR.
LAS VEGAS, NV 89128

SCOTT SIBLEY
930 S. 4TH ST., #100
LAS VEGAS, NV 89101

GERMAN MOTORS, LLC
3379 INDUSTRIAL RD
LAS VEGAS, NV 89109

INTERNAL REVENUE SERVICE
P.O. BOX 480
HOLSVILLE, NY 11742

GENTILE DEPALMA LTD.
3960 HOWARD HUGHES PKWY STE 850
LAS VEGAS, NV 89109

DEPT EMPLOYMENT, TRAINING &
REHAB., CONTRIBUTIONS SECTION
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV  89713-0030
```